

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

November 17, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Scott Brown
One Museum Place
3100 West 7th St., Ste. 420
Fort Worth, TX 76107
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  02-15-00248-CR, 02-15-00249-CR,
                               02-15-00250-CR, 02-15-00251-CR,
                               02-15-00252-CR, 02-15-00253-CR

     Trial Court Case Number:  1323113D, 1323114D, 1344214D,
                               1344215D, 1345864D, 1345865D

Style:  Joel Gaucin
        v.
        The State of Texas

On Monday, November 16, 2015, we received a letter from the official court reporter stating that there were no reporter's notes taken on the above referenced appeal.

Appellant's brief is now due on or before **Wednesday, December 16, 2015**. You will be notified when the case is set for submission.

A party desiring oral argument must note that request on the outside cover of the party's brief. *See* Tex. R. App. P. 39.7. **If no oral argument is requested by either party, the case may be submitted on the briefs**.

**PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR APPELLATE CONDUCT, WHICH WERE ADOPTED AND PROMULGATED BY THE SUPREME COURT OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY MISCELLANEOUS DOCKET ORDER NO. 99-9012.** Copies of the standards are available from this office and appear on the court's website at

www.txcourts.gov/2ndcoa.  **Parties appearing before this court are expected to adhere to these standards and non-compliance will be addressed by the court accordingly.**

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Bonnie Alexander, Deputy Clerk